UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-211-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JAMIE EARL SMITH | |

On motion of the Defendant, Jamie Earl Smith, and for good cause shown, it is hereby ORDERED that the **[DE 36]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __23__ day of June 2016.

JAMES C. DEVER, III
Chief United States District Judge